Seth Alan Gold (SBN 163220)
Seth.Gold@btlaw.com
Roya Rahmanpour (SBN 285076)
Roya.Rahmanpour@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:  (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Plaintiff,
CAO Lighting, Inc.

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAO LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIGNIFY N.V. (F/K/A PHILIPS LIGHTING N.V.) and SIGNIFY NORTH AMERICA CORPORATION (F/K/A PHILIPS LIGHTING NORTH AMERICA CORPORATION), <br><br> Defendants. | Case No.: 2:21-CV-08972 <br><br> **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT [L.R. 7.1-1 AND FRCP 7.1]** |

The undersigned, counsel of record for Plaintiff CAO LIGHTING, INC., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

  CAO LIGHTING, INC. (Plaintiff)

  CAO GROUP, INC. (Parent Company of Plaintiff)

  Barnes & Thornburg LLP (Counsel for Plaintiff)

  Burford Capital Ltd. (Capital Provider)

  SIGNIFY N.V. (Defendant)

  SIGNIFY NORTH AMERICA CORPORATION (Defendant)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CAO Lighting, Inc. is a wholly owned subsidiary of CAO Group, Inc. but no publicly held corporation owns more than 10% of its stock.

Dated: November 16, 2020    **BARNES & THORNBURG LLP**

               By: */s/ Roya Rahmanpour*
                  Seth A. Gold
                  Roya Rahmanpour
                  Attorneys for Plaintiff,
                  CAO Lighting, Inc.