| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| VENABLE LLP | |
| Sarah S. Brooks (SBN 266292); ssbrooks@venable.com | |
| 2049 Century Park East, Suite 2300 | |
| Los Angeles, California 90067 | |
| Telephone: (310) 229-9900 | |
| Facsimile: (310) 229-9901 | |
| ATTORNEY(S) FOR: Defendants Signify N.V. et al. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CAO LIGHTING INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-CV-08972-AB-SP |
| v. | |
| SIGNIFY N.V. and SIGNIFY NORTH AMERICA CORPORATION | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants Signify N.V. et al.  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Signify N.V. (Defendant) | Defendant Signify North America Corporation is indirectly wholly owned by Defendant Signify N.V., which has publicly-held and traded shares. Defendant Signify N.V. has no parent company and no publicly-held corporation owns 10% or more of its stock. |
| Signify North America Corporation (Defendant) | |
| CAO Lighting, Inc. (Plaintiff) | Plaintiff |

January 7, 2022     /s/ Sarah S. Brooks
Date                       Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Signify N.V., et al.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES