# EXHIBIT 8

# Morgan, Jeffrey

| | |
|---|---|
| **From:** | Vare, Todd |
| **Sent:** | Monday, October 31, 2022 3:11 PM |
| **To:** | Dorsky, Jason M. |
| **Cc:** | Morgan, Jeffrey; Rahmanpour, Roya; Repicky, Heather; Barron, Jeff; Cahill, Ronald; Kaufmann, Adam; New, Megan; Stover, Chad; Matheson, Erin; Gold, Seth; Carlin, John D.; Brooks, Sarah S.; Signify-Cao |
| **Subject:** | RE: [EXTERNAL]RE: CAO v. Signify - Infringement Contentions |

Jason,

Since we're sending follow up emails on this, to be clear and as I stated in our phone call today, we believe that the relevant infringement charts can readily be correlated to the accused products listed, by type, category and name, in Exhibit A. For example, the infringement chart for A-Line (A-Shape) lamps applies to those A-Line (A-Shape) products identified in Exhibit A, e.g., A19, A21, etc. Nonetheless, as a courtesy, we are going to correlate the charts to the specific products in Exhibit A.

**Todd Vare** | Partner
Direct: (317) 231-7735 | Mobile: (317) 289-8071
Indianapolis, IN



**From:** Dorsky, Jason M. <JMDorsky@Venable.com>
**Sent:** Monday, October 31, 2022 3:03 PM
**To:** Vare, Todd <Todd.Vare@btlaw.com>
**Cc:** Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Rahmanpour, Roya <Roya.Rahmanpour@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Stover, Chad <Chad.Stover@btlaw.com>; Matheson, Erin <Erin.Matheson@btlaw.com>; Gold, Seth <Seth.Gold@btlaw.com>; Carlin, John D. <JCarlin@Venable.com>; Brooks, Sarah S. <SSBrooks@Venable.com>; Signify-Cao <Signify-Cao@Venable.com>
**Subject:** RE: [EXTERNAL]RE: CAO v. Signify - Infringement Contentions

Todd,

Thank you for speaking with me earlier today. We look forward to receiving a revised Exhibit A indicating which claim chart(s) each identified product corresponds to within the next few days, as discussed.

Best,
Jason

**Jason M. Dorsky, Esq.** | **Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

**From:** Vare, Todd <Todd.Vare@btlaw.com>
**Sent:** Sunday, October 30, 2022 7:37 PM
**To:** Dorsky, Jason M. <JMDorsky@Venable.com>

**Cc:** Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Rahmanpour, Roya <Roya.Rahmanpour@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Stover, Chad <Chad.Stover@btlaw.com>; Matheson, Erin <Erin.Matheson@btlaw.com>; Gold, Seth <Seth.Gold@btlaw.com>; Carlin, John D. <JCarlin@Venable.com>; Brooks, Sarah S. <SSBrooks@Venable.com>; Signify-Cao <Signify-Cao@Venable.com>
**Subject:** Re: [EXTERNAL]RE: CAO v. Signify - Infringement Contentions

**Caution: External Email**

You can call me on my office number.

On Oct 28, 2022, at 5:36 PM, Dorsky, Jason M. <JMDorsky@venable.com> wrote:

Todd,

I am available at 2pm on Monday.

Thank you,
Jason

**Jason M. Dorsky, Esq. | Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

**From:** Vare, Todd <Todd.Vare@btlaw.com>
**Sent:** Friday, October 28, 2022 4:27 PM
**To:** Dorsky, Jason M. <JMDorsky@Venable.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Rahmanpour, Roya <Roya.Rahmanpour@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Stover, Chad <Chad.Stover@btlaw.com>; Matheson, Erin <Erin.Matheson@btlaw.com>; Gold, Seth <Seth.Gold@btlaw.com>
**Cc:** Carlin, John D. <JCarlin@Venable.com>; Brooks, Sarah S. <SSBrooks@Venable.com>; Signify-Cao <Signify-Cao@Venable.com>
**Subject:** RE: CAO v. Signify - Infringement Contentions

**Caution: External Email**

Jason,

What may be self-evident to you is not to me; and clearly what is self-evident to me is apparently not to you. That is why I offered my availability to discuss the issue with you next week. I am available on Monday between 1-3 pm Eastern. I am available Tuesday at 10 am Eastern and 1-3 pm Eastern. Please let me know what times work for you.

**Todd Vare** | Partner
Direct: (317) 231-7735 | Mobile: (317) 289-8071
Indianapolis, IN



**From:** Dorsky, Jason M. <JMDorsky@Venable.com>
**Sent:** Friday, October 28, 2022 2:21 PM
**To:** Vare, Todd <Todd.Vare@btlaw.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Rahmanpour, Roya <Roya.Rahmanpour@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Stover, Chad <Chad.Stover@btlaw.com>; Matheson, Erin <Erin.Matheson@btlaw.com>; Gold, Seth <Seth.Gold@btlaw.com>
**Cc:** Carlin, John D. <JCarlin@Venable.com>; Brooks, Sarah S. <SSBrooks@Venable.com>; Signify-Cao <Signify-Cao@Venable.com>
**Subject:** [EXTERNAL]RE: CAO v. Signify - Infringement Contentions

Todd,

The issue is self-evident in Exhibit A to which you refer. That exhibit lists over 1,300 products with no indication at all as to which grouping each product allegedly belongs to. It is CAO Lighting's burden to clearly delineate which products purportedly relate to which grouping in support of its claims, and that is clearly not done in Exhibit A or elsewhere in the contentions. It is not Signify's burden to guess as to what may or may not fall within each alleged category CAO Lighting is relying on, and without such information, that is what you are asking Signify to do. This should be straightforward for CAO Lighting to do, as it assumedly did so when preparing its contentions and representativeness claims. You also appear to indicate below that this can done by CAO Lighting without issue, so it is unclear why you will not provide this information.

Please provide this information promptly, and in a formal written manner on which Signify can rely, as it is necessary for us to meaningfully assess CAO Lighting's contentions and its representativeness claims. Otherwise, we will understand CAO Lighting refuses to do so. If you wish to speak by phone first, we can do so, but the ongoing delay is materially impacting Signify's ability to assess CAO Lighting's contentions, and any oral guidance offered during a call (that may be disputed later) will not sufficiently address this deficiency. Please provide your availability for the call next week that you propose below.

Thank you,

Jason

**Jason M. Dorsky, Esq. | Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

---

**From:** Vare, Todd <Todd.Vare@btlaw.com>
**Sent:** Friday, October 28, 2022 11:46 AM
**To:** Dorsky, Jason M. <JMDorsky@Venable.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Rahmanpour, Roya <Roya.Rahmanpour@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Stover, Chad <Chad.Stover@btlaw.com>; Matheson, Erin <Erin.Matheson@btlaw.com>; Gold, Seth <Seth.Gold@btlaw.com>
**Cc:** Carlin, John D. <JCarlin@Venable.com>; Brooks, Sarah S. <SSBrooks@Venable.com>; Signify-Cao <Signify-Cao@Venable.com>
**Subject:** RE: CAO v. Signify - Infringement Contentions

**Caution: External Email**

Jason,

I am not sure I understand your confusion. The Infringement Contentions identified the Accused Products based on various categories identical (or nearly identical) to how Signify (and, in fact, the entire industry) does. The product names/SKUs in Exhibit A correlate to those categories. For example, one category identified in our Infringement Contentions is A-Shape or A-Line lamps. Exhibit A includes product names that clearly can be correlated to that category and the corresponding claim chart.

We are not trying to hide the ball on what charts relate to what products and to what categories. Therefore, let me suggest that we schedule a call next week to discuss.

Thanks.

**Todd Vare** | Partner
Direct: (317) 231-7735 | Mobile: (317) 289-8071
Indianapolis, IN



**From:** Dorsky, Jason M. <JMDorsky@Venable.com>
**Sent:** Tuesday, October 25, 2022 5:00 PM
**To:** Vare, Todd <Todd.Vare@btlaw.com>; Morgan, Jeffrey <Jeff.Morgan@btlaw.com>; Rahmanpour, Roya <Roya.Rahmanpour@btlaw.com>; Repicky, Heather <Heather.Repicky@btlaw.com>; Barron, Jeff <Jeff.Barron@btlaw.com>; Cahill, Ronald <RCahill@btlaw.com>; Kaufmann, Adam <Adam.Kaufmann@btlaw.com>; New, Megan <Megan.New@btlaw.com>; Stover, Chad <Chad.Stover@btlaw.com>; Matheson, Erin <Erin.Matheson@btlaw.com>; Gold, Seth <Seth.Gold@btlaw.com>
**Cc:** Carlin, John D. <JCarlin@Venable.com>; Brooks, Sarah S. <SSBrooks@Venable.com>; Signify-Cao <Signify-Cao@Venable.com>
**Subject:** [EXTERNAL]CAO v. Signify - Infringement Contentions

Counsel,

Our analysis of CAO Lighting's infringement contentions is ongoing. However, we are currently unable to determine which products listed in Exhibit A of the infringement contentions allegedly correspond to which claim charts set forth in Exhibits 1 to 9. CAO Lighting's infringement contention cover pleading refers to categories of products (see pgs. 3-4), but there is no indication of how the products in Exhibit A are intended to be categorized, or how they are intended to correspond to the claim charts.

Please promptly identify, for each product identified in Exhibit A, which claim chart exhibit CAO Lighting contends is representative of that product.

Thank you,

Jason

**Jason M. Dorsky, Esq.** | **Venable LLP**
**t** 202.721.5435 | **f** 202.344.8300 | **m** 917.817.8006
600 Massachusetts Avenue, NW, Washington, DC 20001

JMDorsky@Venable.com | www.Venable.com

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************


CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute

5

```
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

***************************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***************************************************************************

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

***************************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***************************************************************************

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

***************************************************************************

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***************************************************************************