# JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAO LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIGNIFY N.V. (F/K/A PHILIPS LIGHTING N.V.) and SIGNIFY NORTH AMERICA CORPORATION (F/K/A PHILIPS LIGHTING NORTH AMERICA CORPORATION), <br><br> Defendants. | Case No.: 2:21-CV-08972-AB-SP <br><br> Hon. André Birotte Jr. <br><br> **[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST FOR ORDER TO DISMISS ACTION** |

  The Court, having reviewed Plaintiff CAO Lighting, Inc. ("CAO Lighting") and Defendant Signify North America Corporation's ("Signify NoAC") (collectively "Parties") Stipulation and Request for Order to Dismiss Action, hereby orders as follows:

1. All of CAO Lighting's claims in the above titled action are dismissed with prejudice;
2. All of Signify NoAC's claims, defenses, and counterclaims in the above titled action are dismissed without prejudice;
3. The Parties will each bear their own attorneys' fees and costs;
4. All scheduled dates and deadlines are vacated; and

5.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 22, 2023

_____
Hon. André Birotte Jr.
United States District Judge